8 F.3d 811
 In re Continental Airlines, Continental Airlines Holdings,
Inc., Chelsea Catering Corp., CML Holdings, Inc., TAC 301
Corp., TAC 302 Corp., TAC 303 Corp., TAC 304 Corp., TAC 306
Corp., TAC 307 Corp., TAC 309 Corp., TAC 312 Corp., TAC 313
Corp., TAC 314 Corp., TAC 315 Corp., TAC 318 Corp., TAC 319
Corp., TAC 320 Corp., TAC 321 Corp., TAC 322 Corp., TAC 325
Corp., TAC 326 Corp., TAC 327 Corp., TAC 328 Corp., TAC 329
Corp., TAC 330 Corp., TAC 331 Corp., TAC 332 Corp., TAC 333 Corp.
 NO. 93-7088
 United States Court of Appeals,
Third Circuit.
 Sept 20, 1993
 Appeal From: D.Del., 149
 B.R. 76
 
 1
 AFFIRMED IN PART, REVERSED IN PART.